```
Label Matrix for local noticing           Michael Arenas                             Nicole Arenas
0540-4                                    4681 Maverick Way                          4681 Maverick Way
Case 19-42075                             Carrollton, TX 75010-4412                  Carrollton, TX 75010-4412
Eastern District of Texas
Sherman
Fri Oct 18 13:04:23 CDT 2019

Ashley Funding Services, LLC              Judd A. Austin Jr.                         Austin Butts
Resurgent Capital Services                Henry Oddo Austin & Fletcher               Pratt Law Group, PLLC
PO Box 10587                              1700 Pacific Avenue                        2591 Dallas Pkwy., Ste. 505
Greenville, SC 29603-0587                 Suite 2700                                 Frisco, TX 75034-8564
                                          Dallas, TX 75201-4634

Calvary Portfolio Service                 Capital Bank NA                            CarMax Auto Finance
ATTN Bankruptcy Department                ATTN Bankruptcy Department                 12800 Tuckahoe Creek Parkway
500 Summit Lake Drive 400                 1 Church Street 100                        Kennesaw GA 30160
Valhalla NY 10595-2322                    Rockville MD 20850-4190

Carmax Auto Finance                       Alonzo Z. Casas                            Cavalry SPV I, LLC
Attn Bankruptcy Department                Aldridge Pite, LLP                         500 Summit Lake Drive, Ste 400
225 Chastain Meadows Ct                   4375 Jutland Dr.                           Valhalla, NY 10595-2321
Kennesaw GA 30144-5897                    San Diego, CA 92117-3600

Citadal Mortgage                          Citadel Mortgage                           Citadel Servicing Corporation
15707 Rockfield Blvd 3rd Floor            15707 Rockfield Blvd 3rd Floor             c/o ALDRIDGE PITE, LLP
Irvine CA 92618-2830                      Irvine CA 92618-2830                       4375 Jutland Drive, Suite 200
                                                                                     P.O. Box 17933
                                                                                     San Diego, CA 92177-7921

Citadel Servicing Corporation             City of Carrollton                         City of Carrollton
c/o ALONZO Z. CASAS, ALDRIDGE PITE, LLP   Linebarger Goggan Blair & Sampson, LLP     Linebarger Goggan Blair & Sampson, LLP
4375 JUTLAND DRIVE, SUITE 200             c/o Laurie A. Spindler                     c/o Laurie A. Spindler
P.O. BOX 17933                            2777 N. Stemmons Freeway                   2777 N. Stemmons Frwy
SAN DIEGO, CA 92177-7921                  Suite 1000                                 Suite 1000
                                          Dallas, TX 75207-2328                      Dallas, TX 75207-2328

Credit Protection Association             Department Stores National Bank            Directv, LLC
ATTN Bankruptcy Department                c/o Quantum3 Group LLC                     by American InfoSource as agent
PO Box 802068                             PO Box 657                                 4515 N Santa Fe Ave
Dallas TX 75380-2068                      Kirkland, WA  98083-0657                   Oklahoma City, OK 73118-7901

Carey D. Ebert                            (p)FRONTIER COMMUNICATIONS                 Frost Bank
P. O. Box 941166                          BANKRUPTCY DEPT                            111 W Houston Street
Plano, TX 75094-1166                      19 JOHN STREET                             San Antonio TX 78205-2112
                                          MIDDLETOWN NY 10940-4918

Internal Revenue Service                  Lewisville ISD                             MABTC  Tidewater Credit Services
ATTN Centralized Insolvency Operation     Linebarger Goggan Blair & Sampson, LLP     ATTN Bankruptcy Department
Post Office Box 7346                      c/o Laurie A. Spindler                     PO Box 13306
Philadelphia PA 191017346                 2777 N. Stemmons Frwy                      Chesapeake VA 23325-0306
                                          Suite 1000
                                          Dallas, TX 75207-2328

MERRICK BANK                              Macys  Department Store National Bank      Mustang Park Owners Association, Inc.
Resurgent Capital Services                ATTN Bankruptcy Department                 c/o Legacy Southwest
PO Box 10368                              9111 Duke Boulevard                        Property Management
Greenville, SC 29603-0368                 Mason OH 45040-8999                        8668 John Hickman Pkwy., Suite 801
                                                                                     Frisco, TX 75034-9386
```

```
NEBRASKA FURNITURE MART              (p)NEBRASKA FURNITURE MART          Nordstrom Card
5600 NEBRASKA FURNITURE MART DR      ATTN LEGAL DEPT                     ATTN Bankruptcy Department
DEPT #08444                          PO BOX 3000                         PO Box 6555
THE COLONY, TX 75056-5348            OMAHA NE 68103-3030                 Englewood CA 80155-6555


(p)PHOENIX FINANCIAL SERVICES LLC    Pinnacle Service Solutions LLC      Plano Orthopedic Sports Medicine
PO BOX 361450                        4408 Milestrip Rd, #247             5228 W Plano Pkwy
INDIANAPOLIS IN 46236-1450           Blasdell NY 14219-2553              Plano TX 75093-5005


Plano Orthopedic Sports Medicine     Pratt Law Group PLLC                Secured Resolutions LLC
c/o Secured Resolutions LLC          Hall Office Park                    ATTN Bankruptcy Department
PO Box 1408                          2591 Dallas Pkwy Ste 505             8685 Sheridan Drive
Buffalo, NY 14226-7408               Frisco TX 750348564                 Williamsville NY 14221-6353


Laurie A. Spindler                   TX Health  Plano                    Texas Health Resources
Linebarger, Goggan, Blair & Sampson  6200 W Parker Rd                    by American InfoSource as agent
2777 N. Stemmons Frwy Ste 1000       Plano TX 75093-7939                 as assignee of TEXAS HEALTH PRESBYTERIAN
Dallas, TX 75207-2328                                                    4515 N Santa Fe Ave
                                                                         Oklahoma City, OK 73118-7901


Texas Medicine Resources             (p)TIDEWATER FINANCE COMPANY        U.S. Attorney General
1105 N Central Expy                  P O BOX 13306                       Department of Justice
Allen TX 75013-6103                  CHESAPEAKE VA 23325-0306            Main Justice Building
                                                                         10th & Constitution Ave., NW
                                                                         Washington, DC 20530-0001


UMB Bank, National Association       US Trustee                          United Revenue Corp
Aldridge Pite LLP                    Office of the U.S. Trustee          ATTN Bankruptcy Department
4375 Jutland Drive                   110 N. College Ave.                 204 Billings Street 120
PO BOX 17933                         Suite 300                           Arlington TX 76010-2495
San Diego, CA 92117                  Tyler, TX 75702-7231
8 92177-7921

Vehicle Leasing LP                   eMoneyUSA Holdings, LLC
17090 Dallas Pkwy 200                C/O WEINSTEIN & RILEY, PS
Dallas TX 75248-1968                 2001 WESTERN AVENUE, STE 400
                                     SEATTLE, WA 98121-3132
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Frontier Communications              Nebraska Furniture Mart             Phoenix Financial Services LLC
19 John Street                       ATTN Bankruptcy  Collections Depart ATTN Bankruptcy Department
Middleton NY 10940                   700 S 72nd Street                   PO Box 361450
                                     Omaha NE 68114                      Indianapolis IN 46236


Tidewater Finance Company
PO Box 13306
Chesapeake, VA 23325
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (d)Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)Michael Arenas<br>4681 Maverick Way<br>Carrollton TX 75010-4412 |
| (d)Mustang Park Owners Association, Inc.<br>c/o Legacy Southwest Property Management<br>8668 John Hickman Pkwy., Suite 801<br>Frisco, TX. 75034-9386 | End of Label Matrix<br>Mailable recipients    49<br>Bypassed recipients     4<br>Total                  53 | |