PRATT LAW GROUP, PLLC
DARRYL V. PRATT
Texas State Bar No. 24002789
AUSTIN B. BUTTS
Texas State Bar No. 24094573
2591 Dallas Parkway, Suite 505
Frisco, Texas 75034
Telephone: 972.712.1515
Facsimile: 972.712.2832
ATTORNEYS FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| MICHAEL ARENAS | § | CASE NO. 19-42075 |
| | § | |
| NICOLE ARENAS | § | Chapter 13 |
| | § | |
| DEBTORS. | § | |

## ORDER DISMISSING CHAPTER 13 CASE

On or about October 22, 2019, Debtors, MICHAEL ARENAS and NICOLE ARENAS filed their Motion to Dismiss Chapter 13 Case in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21) day negative notice language, pursuant to LBR 9007(a), which directed any party opposed to the granting of the relief sought by the Motion to file

a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed.  The Court finds that no objection or other written response to the Motion has been timely filed by any party.  Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order. The Court also recognizes that a Motion for Administrative Expenses, or an equivalent thereof, may be filed by the Debtors' attorneys within the next fourteen (14) days. Accordingly, the Court finds just cause exists for the entry of the following order.

    IT IS THEREFORE ORDERED that the above referenced Chapter 13 case is DISMISSED WITHOUT PREJUDICE to re-filing of any petition under Title 11 by the above-referenced Debtors.

    IT IS FURTHER ORDERED, that, pursuant to Debtors' Motion to Dismiss Chapter Pursuant to Section 1307(b) of Title 11 of the United States Code, Debtors case is hereby dismissed without prejudice to refiling of any petition under Title 11, and that this case shall remain open and the Court shall retain jurisdiction to entertain and to determine all requests for relief, whether raised sua sponte or by any party in interest, pertaining to the compensation to be paid to the Debtors' counsel, so long as such request is filed before the expiration of fourteen (14) days after the entry of this Order, and to enter any order pertaining thereto which may be appropriate under

the circumstances.

IT IS FURTHER ORDERED, that any wage withholding orders previously entered in this case are hereby terminated.

Dated:_____, 2019.

                                                          _____
                                                          HONORABLE BRENDA T. RHOADES,
                                                          UNITED STATES BANKRUPTCY JUDGE